# EXHIBIT 1

# EXHIBIT 1

Starting a law firm? - "Law Office Start-Up Guide" Request a complimentary copy. - From Judd Kessler

### Justin Beech
Entrepreneur
Greater New York City Area | Internet

| | |
|---|---|
| Current | **owns/runs dslreports.com** at **dslreports.com** |
| Past | Manager at CIBC World Markets<br>Executive Director at Lehman Brothers |
| Recommendations | **1 person has recommended Justin** |
| Connections | **27 connections** |
| Websites | My Company |
| Public Profile | http://www.linkedin.com/in/justinbeech |

Expanded profile views are available only to premium account holders. **Upgrade your account.**

Customer Service | About | Blog | Careers | Advertising | Recruiting Solutions | Tools | Mobile | Developers | Language | **Upgrade Your Account**

LinkedIn Corporation © 2010

# EXHIBIT 2

# EXHIBIT 2

# reviewjournal.com



Powered by Clickability

Jun. 16, 2010
Copyright © Las Vegas Review-Journal

## Telecom groups run out of cash

### Local companies file bankruptcy, hope to stay open

By JOHN G. EDWARDS
LAS VEGAS REVIEW-JOURNAL

Four local telecommunications companies filed for bankruptcy protection on Sunday but expect to continue in business, an attorney for the debtors said Tuesday.

CommPartners Holding Corp. and three affiliated companies petitioned for Chapter 11 bankruptcy, reporting $8.5 million in assets and $6.3 million in liabilities.

Asked about prospects for CommPartners continuing operations after bankruptcy proceedings, attorney Gerald Gordon of Gordon Silver, said: "That's our intention."

CommPartners provides wholesale telecommunications services to other carriers around the United States. It also sells telecommunications services to small- and medium-size businesses, according to court papers.

The companies offer Voice over Internet Protocol, or VoIP, services that use the Internet to carry voice communications.

Steven Tackes, a telecommunications lawyer and partner at Kaempfer Crowell Renshaw, said he was not familiar with the company but suggested it could be caught in the grey area between regulated and unregulated telecommunication services.

Vonage, a pure VoIP company, is mostly unregulated, but CommPartners appears to be using VoIP only for some of its businesses, which may subject it to state and federal regulatory oversight, Tackes said.

CommPartners leased equipment, which limits its ability to quickly adjust costs to match changes in revenues, Tackes said in an e-mail.

"When the recession hit and the growth went negative, those fixed costs remained. Even worse, as technology changes, many cannot keep up," Tackes said.

Tackes said he was unsure whether CommPartners will survive or close its doors and be liquidated.

CommPartners counts 58 employees in its Las Vegas office at 8350 S. Durango Drive, Suite 200, plus 13 in 10 other states.

Maurice Gallagher, chairman and chief executive officer of Allegiant Travel Co., stepped down as chairman of the telecommunications holding company on June 11.

Allegiant is a separate company and is not affected by the bankruptcy filing.

Gallagher was a major investor in MGC Communications, which also did business as Mpower Communications in Las Vegas before it was sold a few years ago. Gallagher held key positions at WestAir and ValuJet, which now is called AirTran Holdings.

David Clark, chief executive officer and now chairman of CommPartners, worked as senior vice president at MGC and is a principal with Gallagher Equity Management.

CommPartners was founded in 2003 and was getting closer to profitability in recent years. It trimmed losses last year to $4.8 million from $7.6 million in the previous year.

However, CommPartners' telecommunications traffic dropped sharply starting in March as large telecommunications carriers found a way to connect directly with each other and eliminate CommPartners as the middle man, the company said in court papers.

The companies face an array of legal and regulatory proceedings with other telecommunications companies, including AT&T, in state and federal courts as well as state regulatory bodies.

Contact reporter John G. Edwards at jedwards@reviewjournal.com or 702-383-0420.

**Find this article at:**
http://www.lvrj.com/business/telecom-groups-run-out-of-cash-96455214.html

Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 3

# EXHIBIT 3

Search: [    ] Go

login · register

Ads by Google

| Home | Find Service | Reviews | ISP News | FAQs | Forums | Tools | Database | About |

All Forums | Hot Topics | Gallery

**Forums » VOIP etc » Voice Over IP - VOIP » VOIP Tech Chat** » Wholesale VoIP carrier CommPartners files for bankruptcy.

Search Topic: [  ] Go | Uniqs: 732 | Share Topic: BOOKMARK | RSS topic: | toggle: flat / full normal / watch | Posting: Rules? | Post a: Reply | Post a: New Topic

Links: ·ALL ·Review Your VoIP Provider ·VoIP Providers ·VoIP FAQ ·Porting Rules ·What Codec?

Before VOIP & cellphones there were pagers.Time to go retro. »
« [General] Connect IP phone to laptop using data card?

| Author | All Replies |
|---|---|
| **PX Eliezer**<br>Premium<br>join:2008-08-09<br>New Jersey<br>·voip.ms<br>·callwithus<br>·Callcentric<br>·Optimum Voice | **Wholesale VoIP carrier CommPartners files for bankruptcy.**<br><br>Jun. 16, 2010<br>Telecom groups run out of cash<br>Local companies file bankruptcy, hope to stay open<br><br>By JOHN G. EDWARDS<br>LAS VEGAS REVIEW-JOURNAL<br><br>Four local telecommunications companies filed for bankruptcy protection on Sunday but expect to continue in business , an attorney for the debtors said Tuesday.<br><br>CommPartners Holding Corp. and three affiliated companies petitioned for Chapter 11 bankruptcy, reporting $8.5 million in assets and $6.3 million in liabilities.<br><br>Asked about prospects for CommPartners continuing operations after bankruptcy proceedings, attorney Gerald Gordon of Gordon Silver, said: "That's our intention."<br><br>CommPartners provides wholesale telecommunications services to other carriers around the United States. It also sells telecommunications services to small- and medium-size businesses, according to court papers.<br><br>The companies offer Voice over Internet Protocol, or VoIP, services that use the Internet to carry voice communications.<br><br>Steven Tackes, a telecommunications lawyer and partner at Kaempfer Crowell Renshaw, said he was not familiar with the company but suggested it could be caught in the grey area between regulated and unregulated telecommunication services.<br><br>Vonage, a pure VoIP company, is mostly unregulated, but CommPartners appears to be using VoIP only for some of its businesses, which may subject it to state and federal regulatory oversight, Tackes said.<br><br>CommPartners leased equipment, which limits its ability to quickly adjust costs to match changes in revenues, Tackes said in an e-mail.<br><br>"When the recession hit and the growth went negative, those fixed costs remained. Even worse, as technology changes, many cannot keep up," Tackes said.<br><br>Tackes said he was unsure whether CommPartners will survive or close its doors and be liquidated.<br><br>CommPartners counts 58 employees in its Las Vegas office at 8350 S. Durango Drive, Suite 200, plus 13 in 10 other states.<br><br>Maurice Gallagher, chairman and chief executive officer of Allegiant Travel Co., stepped down as chairman of the telecommunications holding company on June 11.<br><br>Allegiant is a separate company and is not affected by the bankruptcy filing.<br><br>Gallagher was a major investor in MGC Communications, which also did business as Mpower Communications in Las Vegas before it was sold a few years ago. Gallagher held key |

how-to block ads

|  | positions at WestAir and ValuJet, which now is called AirTran Holdings. |
|---|---|
|  | David Clark, chief executive officer and now chairman of CommPartners, worked as senior vice president at MGC and is a principal with Gallagher Equity Management. |
|  | CommPartners was founded in 2003 and was getting closer to profitability in recent years. It trimmed losses last year to $4.8 million from $7.6 million in the previous year. |
|  | However, CommPartners' telecommunications traffic dropped sharply starting in March as large telecommunications carriers found a way to connect directly with each other and eliminate CommPartners as the middle man, the company said in court papers. |
|  | The companies face an array of legal and regulatory proceedings with other telecommunications companies, including AT&T, in state and federal courts as well as state regulatory bodies. |
|  | MORE from previous coverage: |
|  | The company said it has faced competitive challenges as well as regulatory issues and lawsuits involving disputed charges; and that AT&T had given the company until Monday to pay a disputed balance of $1.35 million or AT&T would suspend new orders and customer service activities for CommPartners. |
|  | AT&T also threatened to later this month shut down the CommPartners network in California, CommPartners said in court papers. |
|  | "Taken as a whole, the increased level of litigation and the associated increase in legal activities, fees and potential liabilities (not to mention resource distraction for management) place the company in a position of needing immediate court protection despite the fact that the core `Hosted Services' business of the company continues to grow," CommPartners said in its filing. |
|  | to forum · permalink · 2010-06-16 22:41:38 · reply |
| **nonymous**<br>join:2003-09-08<br>Glendale, AZ | CommPartners leased equipment, which limits its ability to quickly adjust costs to match changes in revenues, Tackes said in an e-mail.<br><br>"When the recession hit and the growth went negative, those fixed costs remained. Even worse, as technology changes, many cannot keep up," Tackes said.<br><br>Wrong type of lease. I thought leasing could be a good way to adapt quickly without massive capital investment.<br><br>to forum · permalink · 2010-06-16 23:42:04 · reply |
| **lewis0703**<br>join:2010-06-15 | oh...no....!!! too bad!<br>to forum · permalink · 2010-06-16 23:42:48 · reply |
| **Mango**<br>www.toao.net<br>join:2008-12-25<br>BC, Canada<br>-voip.ms<br>-Shaw<br>-Callcentric<br>-LINGO<br>-Netfone<br>-Digital Voice | reply to nonymous<br>I think that's the thought behind it, but too many leasing companies charge extraordinarily high rates. My predecessor leased a piece of equipment that we still have. I worked out that it would have been cheaper to buy it with a credit card and slowly pay it off than lease it!<br><br>m.<br>--<br>Recommended ATA Settings | e164 - make your DID accessible via SIPBroker! | Tips for Reliable Internet Faxing<br><br>to forum · permalink · 2010-06-17 00:06:07 · reply |
| **Davesworld**<br>join:2007-10-30<br>Everett, WA<br>-Future Nine Corpor..<br>-ooma<br>-Packet8 | reply to PX Eliezer<br>They filed Chapter 11 to protect themselves from AT&T. I'm sure most of you know the difference between Chapter 11 and Chapter 7. It'll be interesting to see if and how they come out of this.<br><br>As someone who works in Aviation and see that commercial aviation runs in 10 to 12 year cycles, I have seen some carriers that file Chapter 11 every ten years and buy new aircraft while they have the creditors off of their backs and they slash their airfare during this time as well. This is of course unfair to the competition who actually stays out of protection.<br><br>to forum · permalink · 2010-06-17 02:49:07 · reply |
| **grand total**<br>join:2005-10-26<br>ON, Canada | reply to nonymous<br>> said by nonymous :<br>> Wrong type of lease. I thought leasing could be a good way to adapt quickly without massive capital investment.<br><br>You thought wrong. A lease is a contract and there are usually penalties for terminating that contract early. Leases typically allow you the use of expensive capital equipment without the |

huge one time expense of buying that equipment, what they don't do is allow you to drop that equipment at a moment's notice without penalty. Have you ever tried to terminate a car lease early?
--
WRT610N + dd-wrt - SPA2102
VOIP.ms - Localphone - Callcentric - Google Voice - Freephoneline.ca

to forum · permalink · 2010-06-17 05:35:23 · reply

**nonymous**
join:2003-09-08
Glendale, AZ

said by grand total :

> said by nonymous :
>
> Wrong type of lease. I thought leasing could be a good way to adapt quickly without massive capital investment.
>
> You thought wrong. A lease is a contract and there are usually penalties for terminating that contract early. Leases typically allow you the use of expensive capital equipment without the huge one time expense of buying that equipment, what they don't do is allow you to drop that equipment at a moment's notice without penalty. Have you ever tried to terminate a car lease early?

I did some googling and yes leases now seem more like expensive rent to owns.

to forum · permalink · 2010-06-17 08:51:56 · reply

**lolwhat**
We Are Toast
Premium
join:2001-06-11
USSA

reply to PX Eliezer
I wonder what the owner of a certain VoIP provider, who frequents this forum, thinks of this...

to forum · permalink · 2010-06-17 10:34:01 · reply

**RockyBB**
Premium
join:2005-01-31
Longmont, CO

reply to PX Eliezer
why aren't we talking about Broadsoft's IPO?

to forum · permalink · 2010-06-17 10:51:25 · reply

**PX Eliezer**
Premium
join:2008-08-09
New Jersey
·voip.ms
·callwithus
·Callcentric
·Optimum Voice

reply to lolwhat

Chevy 409: Mighty Fine

said by lolwhat :

I wonder what the owner of a certain VoIP provider, who frequents this forum, thinks of this...

**PX Eliezer**
Premium
join:2008-08-09
New Jersey
·voip.ms
·callwithus
·Callcentric
·Optimum Voice

Actually, that description could apply to several people.

So not to be nitpicky, but I don't know which one you were contemplating, if you get my point.

----------------------------------

If I had to guess, it would be that he's happy that he's a good businessman who has kept overhead low, he's happy that he's avoided expensive one-sided contracts, and he's happy that he's avoided complex and costly leasing arrangements.

If I had to guess.....

to forum · permalink · 2010-06-17 18:06:58 · reply

*reply to RockyBB*

said by RockyBB :

why aren't we talking about Broadsoft's IPO?

Did you want to start a new thread on it?

"SAN FRANCISCO (MarketWatch) -- Shares of Broadsoft Inc. fell sharply Wednesday as the software company debuted on the Nasdaq Global Market, in what an analyst said could be a sign of a weakening initial public offering market.

Broadsoft (BSFT) fell 7.8% (from the IPO price of $ 9.00) to close at $8.30...."

»www.marketwatch.com/story/broads···10-06-16

---------------------------------------

After the style of "**Snoopy Vs. The Red Baron**":

After the turn of the century
In the NASDAQ market in NYC
Came a roar and a thunder men had never heard
An IPO for VoIP, common stock and preferred!

Ten, twenty, thirty, forty, fifty or more
They bought shares but kept upping the score.
Eighty brokers worked hard as can be
Selling those new shares of BSFT.

to forum · permalink · 2010-06-17 18:44:13 · reply

**burgerwars**
join:2004-09-11
Northridge, CA
·voip.ms

*reply to PX Eliezer*
I looked at their website ( »www.commpartnersconnect.com ) and see no mention of financial trouble. The company is very small. I don't think AT&T even cared about this company being any sort of competition. It's just that they were behind in their bills. Cash flow problems in companies this size can only go on for so long. The end result is a bankruptcy filing.

to forum · permalink · 2010-06-17 19:24:27 · reply

Topic: Follow · Sitemark · Mark Unread

Reply OP

Forums » VOIP etc » Voice Over IP - VOIP » VOIP Tech Chat

Before VOIP & cellphones there were pagers.Time to go retro. »
« [General] Connect IP phone to laptop using data card?

Thursday, 08-Jul 17:54:19    Terms of Use | Privacy Policy | Hosting by www.nac.net - DSL,Hosting & Co-lo | feedback | contact
over 10.5 years online! © 1999-2010 dslreports.com.

Most commented news this week
· [132] Users Reporting Crippled Upstream iPhone Speeds
· [124] Holiday Open Thread
· [117] Earthlink: Make Comcast Share Their Network
· [82] Craig Moffett Still Busily Predicting Doom For Verizon
· [71] Apple Support Confirms Software Won't Fix iPhone 4 Antenna
· [63] Many Users Still Not Touching In-Flight Wi-Fi
· [61] Frontier FiOS Customers Lose Some Services With Transition
· [54] The Internet Declares Prince Dead
· [43] T-Mobile: 42 Mbps In 2011?
· [41] Netflix Inks Deal With Relativity Media

Most people now reading
· Could I get charged with indecent exposure? [General Questions]
· [Other] Get your own FreeSwitch on a Seagate DockStar for $24.99 [VOIP Tech Chat]
· [iPhone] ok, who sells the best iPhone 4 case NOW? [All Things Macintosh]
· merlins-portal down? [Filesharing Software]
· Intelligent cars will report accidents to authorities [Security]
· Tecksavvy...Service going downhill [TekSavvy]
· Windows 7 boot manager editing questions [Microsoft Help]
· Ashen Verdict Rep farming guide (ICC 10) [World of Warcraft]
· [Ooma] Bad SIGN... ooma [VOIP Tech Chat]
· Connecting to Google Voice Via SIP [VOIP Tech Chat]

http://www.dslreports.com/forum/r24398517-Wholesale-VoIP-carrier-CommPartners-files-f    7/8/2010

# EXHIBIT 4

# EXHIBIT 4

```
Type of Work:        Text

Registration Number / Date:
                     TX0007177994 / 2010-07-21

Application Title: Telcom groups run out of cash.

Title:               Telcom groups run out of cash.

Description:         Electronic file (eService)

Copyright Claimant:
                     Righthaven LLC, Transfer: By written agreement.

Date of Creation:    2010

Date of Publication:
                     2010-06-16

Nation of First Publication:
                     United States

Authorship on Application:
                     Stephens Media LLC, employer for hire; Domicile: United
                         States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                     Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                         Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                         States, (702) 527-5900, dbrownell@righthaven.com

Names:               Stephens Media LLC
                     Righthaven LLC

================================================================================
```